■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SCOTT DANIELS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of

Orleans County Court, Miles, J.—attempted robbery, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.